**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TURENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-CV-5218 |
| | ) | Judge Edmond E. Chang |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants City of Chicago (the "City"), the Chicago Police Department, and Superintendent of Police Garry McCarthy (collectively, "Defendants"), by their counsel, Stephen R. Patton, Corporation Counsel of the City of Chicago, hereby respectfully move this Court to extend the time, to and including August 30, 2013, for Defendants to answer or otherwise plead to Plaintiff's Complaint. In support of their motion, Defendants state as follows:

1. On July 22, 2013, Plaintiff filed his five-count Complaint, which alleges federal and and state law violations by Defendants.

2. On July 23, 2013, Plaintiffs served summons on each defendant in care of Stephen R. Patton, Corporation Counsel for the City of Chicago. Pursuant to 735 ILCS 5/2-211, however, service of summons on a city is achieved by service on "the mayor or city clerk." 735 ILCS 5/2-211. In the interest of judicial economy, Defendants do not intend to contest service. Based on a service date of July 23, 2013, Defendants' response to the Complaint is due on August 13, 2013.

3. In light of Defendants' counsel's schedule, Defendants request an extension of time to answer or otherwise plead to Plaintiff's Complaint. Rebecca Hirsch, who will be Defendants'

primary counsel on this matter, was not aware of Plaintiff's Complaint until her last day in the office before a previously scheduled vacation. She will not return from that vacation until Monday, August 12, 2013, and will therefore need additional time to review and investigate Plaintiff's claims and to prepare an appropriate response to them. Defendants therefore request an extension, to and including August 30, 2013, to answer or otherwise plead.

4. This is Defendants' first request for an extension of time to answer or otherwise plead to Plaintiff's Complaint.

5. Defendants' counsel spoke with Plaintiff's counsel regarding this motion, and Plaintiff has no objection to extending the time, to and including August 30, 2013, for Defendants to answer or otherwise plead to Plaintiff's Complaint.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that the Court grant Defendants an extension of time, to and including August 30, 2013, to answer or otherwise plead to Plaintiff's Complaint and grant Defendants such further relief as this Court deems just and appropriate.

Date: August 6, 2013

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By: /s/William Macy Aguiar
    Assistant Corporation Counsel

William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-4216, (312) 742-0260

Attorneys for Defendants