**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Lloyd Turentine, ,** ) | |
| ) | No. 13 C 05218 |
| **Plaintiff,** ) | |
| ) | Judge Edmond E. Chang |
| v. ) | |
| ) | |
| **City of Chicago, City of Chicago Department** ) | |
| **of Police and Chicago Police Superintendent** ) | |
| **Garry McCarthy** ) | |
| **Defendants.** ) | |

**DEFENDANT CITY OF CHICAGO'S
FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant City of Chicago (the "City" or "Defendant"), by and through its attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, hereby moves this Honorable Court to dismiss the Complaint ("Complaint" or "Compl.") filed by Plaintiff Lloyd Turentine ("Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(6), and states as follows.

1. Count I (§ 1983 claim for violation of due process), Count II (state law claim for conversion), Count IV (§ 1983 14th Amendment claim), and Count V (§ 1983 claim for violation of Second Amendment rights) are all barred by the applicable statute of limitations and therefore should be dismissed. Because the only remaining claim is a state law claim for replevin in Count III, the Court should decline to exercise supplemental jurisdiction over this claim and dismiss the entire Complaint.

2. In addition, Count II fails to state a claim for violation of due process because: (1) Plaintiff was not legally entitled to possess assault weapons; (2) the City has a procedure for the return of weapons seized and which were lawfully owned; and (3) Plaintiff has state law remedies

available to him to recover any seized weapons for which he is legally entitled to carry and possess.

   3.  This Motion incorporates all of the arguments and grounds discussed in the Defendant's supporting Memorandum of Law as if they were set forth fully in this Motion.

   **WHEREFORE,** Defendant respectfully requests that the Court dismiss Counts I, II, IV and V with prejudice; dismiss Count III without prejudice to Plaintiff seeking relief for this claim in state court; and grant Defendant such further relief as this Court deems appropriate.

| | |
|---|---|
| Mardell Nereim<br>Rebecca Hirsch<br>City of Chicago Dept. of Law<br>30 N. LaSalle St., Suite 1230<br>Chicago, Illinois 60602<br>312-742-0260<br><br>August 30, 2013 | Respectfully submitted,<br><br>Stephen R. Patton, Corporation Counsel<br>for the City of Chicago<br><br>By: /s/Rebecca Hirsch<br>   Assistant Corporation Counsel |