**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Lloyd Turentine,** | ) ) ) ) | **No. 13 cv 5218** |
| Plaintiff | ) ) | |
| vs. | ) ) | **Hon. Edmond Chang** |
| **City of Chicago** | ) ) | |
| Defendant | ) ) | |

# NOTICE OF MOTION

To: Rebecca Hirsch
City of Chicago, Dept. Of Law
30 N. LaSalle St., Suite 1230
Chicago IL 60602
Rebecca.Hirsch@cityof chicago.org

PLEASE TAKE NOTICE that on **October 9, 2013, at 8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Edmond Chang**, or any Judge sitting in his stead, in **Room 1403** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present: **Motion For An Extension of Time.**

 Plaintiff **Lloyd Turentine**


 By: _____/s/ Joel A. Brodsky_____
 One Of His Attorneys

**Joel A. Brodsky**
Attorney for **Lloyd Turentine**
8 S. Michigan Ave.
Suite 3200
Chicago Illinois 60603
(312) 541-7000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that the following statements set forth in this instrument are true and correct: that I caused to be served the above and foregoing Notice of Motion Plaintiff's <u>Motion For Extension of Time</u> via the U.S. District Court's Electronic Filing System to all parties of record on the 30th day of September, 2013 before 12:00 midnight

                              Plaintiff **Lloyd Turentine**

                              By:     <u>/s/ Joel A. Brodsky</u>
                                        One Of His Attorneys

**Joel A. Brodsky**
Attorney for **Lloyd Turentine**
8 S. Michigan Ave.
Suite 3200
Chicago Illinois 60603
(312) 541-7000