STATE OF ILLINOIS )
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
MUNICIPAL DEPARTMENT – FIRST DISTRICT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | NO. 11-119531 |
| | ) | |
| VS. | ) | |
| | ) | |
| LLOYD E. TURENTINE | ) | |

**MOTION TO CONFISCATE AND DESTROY**

FILED
OCT 14 2011
DOROTHY BROWN

NOW COME the People of the State of Illinois, by and through their Attorney, ANITA ALVAREZ, State's Attorney of Cook County, by and through her Assistant, Kathleen M. Conniff, and moves this Honorable Court pursuant to 725 ILCS 5/108-2. In support thereof, the People state the following:

1. On May 13, 2011 Chicago Police Officers executed Search Warrant #11SW5958 at the location of 6111 S. Indiana, Chicago, Illinois.

2. Inside the residence, officers recovered

    a. Kel-tec, PLR-16, 5.56 Cal, Sem-Aut Rifle, 16 inch barrel, blue steel, serial number – P6200 (Inv. # 12314694). See Exhibit "A" herein attached.

    b. Kel-tec, Sub-2000, 40. Cal, Semi-Aut Rifle, 16 inch barrel, blue steel, serial number – E7615 (Inv. # 11314695). See Exhibit "B" herein attached.

    c. Kel-tec, SU-16, 5.56 Call, Sem-Aut pistol, 16 inch barrel, blue steel, serial number M3190. (Inv. # 12314697). See Exhibit "C" herein attached.

    d. 4 magazines, and .45 cal live rounds (Inv. # 12314706, Item ID 4901905,



PLAINTIFF'S EXHIBIT A

4901906) See Exhibit "D" herein attached.

3. The ammunition recovered in inventory #12314706 did not match any of the firearms recovered in the home.

4. Defendant was not present for the original search, however when he appeared a short time later, a Kimber Eclipse Target II, 45.Cal Inch Barrel Blue Steel serial number K291932 was recovered from his vehicle. See Exhibit "D" herein attached.

5. Section 108-2 of the Illinois Code of Civil Procedure provides for the disposition of items seized.

6. Defendant owns 4 guns that were brought into the City of Chicago. None of the guns listed in the above referenced inventory numbers have been registered with the City of Chicago.

7. The Court is granted authority to order the confiscation and destruction of property that has been inventoried after dismissal of a case where the property is contraband.

8. Contraband property is divided into two categories: pro se contraband and derivative contraband.

9. In *People v. Ziomek*, the court ruled that a trial court may find a gun derivative contraband based upon the failure to register a gun pursuant to a municipal ordinance. 179 Ill. App. 3d. 303 (1979)

WHEREFORE, the People respectfully request this Honorable Court find the guns in the above reference inventory numbers to be derivative contraband and to grant an order allowing the Chicago Police Department to confiscate and destroy the

guns and any other remedy this court deems equitable and just.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: _____
Kathleen M. Conniff
Assistant State's Attorney
555 West Harrison
Chicago, Illinois 60607
(312) 325-9200