(Rev. 9/13/04) CCG 0002

Order

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

v.

Lloyd E. Turentine

No. 11 MC 111 9531

### ORDER

This matter before the Court for hearing on the State's Motion to Confiscate and Destroy,

IT IS HEREBY ORDERED THAT:

1. The State's motion is denied.



NOV 17 2011

Atty. No.: 44686
Name: Lewis Gaines
Atty. for: Defendant
Address: 1600 Golf Rd # 1200
City/State/Zip: Rolling Meadows IL
Telephone: (224) 688-9118

ENTERED:

Judge / Judge's No. 1894

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

PLAINTIFF'S EXHIBIT B