**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Lloyd E. Turentine** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No.  13 C 5218 |
| ) | |
| ) | Hon. Sara E. Ellis |
| **City of Chicago, City of Chicago** ) | |
| **Department of Police and Chicago Police** ) | |
| **Superintendent Garry McCarthy** ) | |

### AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant City of Chicago (the "City"), by and through its attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, hereby moves the Court for an extension of time to file its reply in support of its motion to dismiss Plaintiff's Complaint and, in support thereof, shows as follows:

    1.    While this case was originally pending before Judge Chang, Defendants filed their motion to dismiss Plaintiff's Complaint on August 30, 2013. Plaintiff sought and was granted an extension of time to respond to the motion up to and including October 30, 2013; Plaintiff subsequently filed his response on October 18, 2013.

    2.    On October 24, 2013, by order of the Executive Committee, this case was reassigned to this Court.

    3.    Defendants' reply date was previously set by Judge Chang for November 13, 2013. However, in order to properly respond to the substantive issues raised by Plaintiff's response, and due to several unanticipated scheduling conflicts by Defendants' counsel, Defendants require additional time within which to prepare and file their reply brief.

4.	On Tuesday, November 5, Defendants' counsel conferred with counsel for Plaintiff, who informed Defendants' counsel that they did not object to a 14-day extension of time to file the reply.

Wherefore, Defendants respectfully request the entry of an order extending the time for to file their reply in support of their motion to dismiss Plaintiff's Complaint by 14 days, up to, and including, November 27, 2013.

Respectfully Submitted,

STEPHEN R. PATTON<br>
Corporation Counsel<br>
City of Chicago

BY:     /s/ Rebecca Alfert Hirsch

Rebecca Alfert Hirsch<br>
Mary Eileen Cunniff Wells<br>
Assistant Corporation Counsel<br>
City of Chicago Department of Law<br>
30 N. LaSalle Street, Suite 1230<br>
Chicago, IL 60602<br>
(312)742-0260

Dated: November 8, 2013

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the City of Chicago, hereby certifies that on November 8, 2013, she served a copy of the foregoing **Agreed Motion For Extension of Time to File Reply Brief** on Plaintiff's counsel listed below via electronic notification:

Joel A. Brodsky<br>
8 S. Michigan Ave., Suite 3200<br>
Chicago IL 60603<br>
(312) 541-7000

/s/ Rebecca Alfert Hirsch