**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lloyd E Turentine
                    Plaintiff,

v.                                            Case No.: 1:13–cv–05218
                                              Honorable Sara L. Ellis

City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Enter Opinion and Order. Defendant City of Chicago's Fed. R. Civ. P. 12(B)(6) motion to dismiss Plaintiff's complaint [14] is granted. Counts I, IV, and V of Turentines complaint are dismissed with prejudice. Counts II and III are dismissed without prejudice to refiling in state court. This case is terminated. Mail AO 450. Status hearing set for 3/5/2014 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.